# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARY A SMITH,** ) | CASE NO. 4:08CV3040 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **ARBOR MANOR; SSC FREMONT OPERATING COMPANY, LLC, d/b/a ARBOR MANOR; SMV FREMONT, LLC, d/b/a ARBOR MANOR; and SMV FREMONT REALTY, LLC., d/b/a ARBOR MANOR,** ) ) ) ) ) ) | |
| ) | |
| **Defendants.** ) | |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed without prejudice (filing number 16), each party to bear their own costs. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice, each party to bear their own costs.

DATED this 29th day of April, 2008.

BY THE COURT:

Warren K. Urbom
United States Senior District Judge